FILED
2018 JUN 19 PM 1:15
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| Plaintiff, | ) | |
| | ) | 5:18 CR 305 |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, Section 641, United States Code |
| MICHELLE L. CYRUS, | ) | |
| Defendant. | ) | |

JUDGE LIOI

COUNT 1
(Theft of Government Property, in violation of 18 U.S.C. § 641)

The United States Attorney charges:

From in or around October 2008 and continuing until in or around March 2017, in the Northern District of Ohio, Eastern Division, Defendant MICHELLE L. CYRUS, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to her own use, and without authority dispose of property of the United States exceeding $1,000.00 in value belonging to the United States Social Security Administration, an agency of the United States, to wit: Title XVI Supplemental Security Income Benefits in the amount of approximately $70,948.46, in violation of Title 18, Section 641, United States Code.

JUSTIN E. HERDMAN
United States Attorney

By: _____
EDWARD F. FERAN
Chief, General Crimes Unit